IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS

| | | |
|---|---|---|
| ROBERT RAWLINS | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 04-154-5 |
| | : | |
| UNITED STATES OF AMERICA | : | |

## **ORDER**

AND NOW, this 21st day of November, 2013, upon careful and independent consideration of pro se petitioner Robert Rawlins's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, and after review of the Report and Recommendation of United States Magistrate Judge Ruth Miller and Rawlins's objections thereto, it is ORDERED:

1. Rawlins's objections to the Report and Recommendation are OVERRULED;

2. Rawlins's request for an evidentiary hearing and appointment of counsel are DENIED;

3. The Report and Recommendation is APPROVED and ADOPTED;

4. The motion to vacate, set aside, or correct sentence is DISMISSED;

5. Rawlins will not be issued a certificate of appealability because he has not made a substantial showing of a denial of a constitutional right; and,

6. The Clerk of Court shall mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.